UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK SCOTT LEVELLE, <br><br> Plaintiff, <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 5:13-cv-04445-PSG <br><br> **ORDER TO SHOW CAUSE** <br><br> **(Re: Docket No. 2)** |

Pending on the court's docket is a request for review of a denial of social security benefits by the Secretary of Health and Human Services. No summary judgment motion has been filed as required by the social security procedural order in place in this case.[1] No later than September 11, 2014, Plaintiff Patrick Scott LeVelle shall show cause in writing why this case should not be dismissed for failure to prosecute.

---

[1] *See* Docket No. 2 at 1 ("Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer.").

1

Case No. 5:13-cv-04445-PSG
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: August 28, 2014

                                     _____
PAUL S. GREWAL
United States Magistrate Judge