**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK SCOTT LAVELLE,<br><br>             Plaintiff,<br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 5:13-cv-04445-PSG<br><br>**ORDER**<br><br>**(Re: Docket No. 15)** |

The court received Plaintiff Patrick Scott LaVelle's letter in response to this court's order to show cause.[1] Based on that letter, it is clear that LaVelle faces a serious impediment to representing himself. The court notes that LaVelle may benefit from the services of the Federal Legal Assistance Self-Help Center ("FLASH"). FLASH can provide assistance understanding the federal procedural rules and, potentially, referrals to other legal service agencies. Assistance is available by appointment only in Room 2070, on the second floor of the San Jose Federal Courthouse at 280 S. 1st Street, San Jose, CA 95113. To make an appointment, LaVelle should call (408) 297-1480 between the hours of 9:30 a.m. and 4:30 p.m. on a Monday or Tuesday.

---

[1] *See* Docket No. 14.

Case No. 5:13-cv-04445-PSG
ORDER TO SHOW CAUSE

1

The court will allow LaVelle an additional sixty days to bring the appropriate summary judgment motion before the court. If no motion has been filed by Monday, November 3, 2014 at 5 PM, the case will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 12, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge