UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRICK SCOTT LEVELLE, | ) | Case No. 5:13-cv-04445-PSG |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

In its September 12, 2014 order,[1] the court ordered that Plaintiff file a motion for summary judgment by November 3, 2014 or face dismissal. Having received no motion, the court now dismisses this case for failure to prosecute. The Clerk shall close the file.

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 16.

Case No. 5:13-cv-04445-PSG
ORDER OF DISMISSAL

1